FILED
CLERK, U.S. DISTRICT COURT
1/4/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:22-cr-00001-SVW |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition] |
| DEAN EDWARD MANES, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 922(g)(1)]

On or about April 24, 2021, in Ventura County, within the Central District of California, defendant DEAN EDWARD MANES knowingly possessed the following firearm and ammunition, in and affecting interstate and foreign commerce:

1. a Browning model A5 - Sweet Sixteen, 16-gauge shotgun, bearing serial number 116ZR02282;

2. 17 rounds of 9mm Luger caliber ammunition with the headstamps "FC" over "9MM LUGER";

3. 16 rounds of 9mm Luger caliber ammunition with the headstamps "BLAZER" over "9mm LUGER";

4.  1 round of 9mm Luger caliber ammunition with the headstamp "WIN" over "9MM LUGER";

5.  1 round of 9mm Luger caliber ammunition with the headstamp "WIN" over "9mm LUGER";

6.  1 round of 9mm Luger caliber ammunition with the headstamp "WIN" over "9mm LUGER+P";

7.  1 round of 9mm Luger caliber ammunition with the headstamp "R-P" over "9mm LUGER";

8.  1 round of 9mm Luger caliber ammunition with the headstamp "R-P" over "9mm Luger"; and

9.  5 rounds of 16-gauge shotgun shells with headstamps "WINCHESTER" over "16 GA" with "SUPER X 2 ¾ IN-1/8" on the shell.

Defendant MANES possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following crimes punishable by imprisonment for a term exceeding one year:

1.  Assault with a Firearm on a Person, in violation of California Penal Code Section 245(a)(2), in the Superior Court of the State of California, County of Los Angeles, Case Number MA020879, on or about September 8, 2000;

2.  Felon in Possession of a Firearm, in violation of California Penal Code Section 12021(a)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number MA039010, on or about July 2, 2007;

3.  Possession of the Personal Identification Information of Ten or More People with the Intent to Defraud, in violation of California Penal Code Section 530.5(c)(3), in the Superior Court of

the State of California, County of Los Angeles, Case Number MA064345, on or about January 20, 2016; and

    4.   Make or Pass Fictitious Check, in violation of California Penal Code Section 476, in the Superior Court of the State of California, County of Los Angeles, Case Number MA064345, on or about January 20, 2016.

                                        TRACY L. WILKISON
                                        United States Attorney

                                        */s/*

                                        CHRISTOPHER D. GRIGG
                                        Assistant United States Attorney
                                        Chief, National Security Division

                                        REEMA M. EL-AMAMY
                                        Assistant United States Attorney
                                        Terrorism and Export Crimes
                                        Section