## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:22-CR-00001          Recorder: CS 01/14/2022          Date: 01/14/2022

Present: The Honorable Rozella A. Oliver, U.S. Magistrate Judge

Court Clerk: Donnamarie Luengo          Assistant U.S. Attorney: David Lachman by VTC

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| DEAN EDWARD MANES CUSTODY-NOT PRESENT | DINAH MARGARET MANNING DFPD BY VTC | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Court orders the Post Indictment Arraignment continued to 02/04/2022 at 11:30 am in Courtroom 880 - Roybal Federal Building and U.S. Courthouse - Los Angeles. at:

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 02
Initials of Deputy Clerk: DL by TRB