FILED
CLERK, U.S. DISTRICT COURT
2/18/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: vam DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2021 Grand Jury

| UNITED STATES OF AMERICA, | CR 22-0001(A)-SVW |
|---|---|
| Plaintiff, | **FIRST SUPERSEDING INDICTMENT** |
| v. | |
| DEAN EDWARD MANES, | [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 1029(a)(4): Possession of Device-Making Equipment; 18 U.S.C. § 1028(a)(1): Production of False Identification Documents] |
| Defendant. | |

The Grand Jury charges:

### COUNT ONE

[18 U.S.C. § 922(g)(1)]

On or about April 24, 2021, in Ventura County, within the Central District of California, defendant DEAN EDWARD MANES ("MANES") knowingly possessed the following firearm and ammunition, in and affecting interstate and foreign commerce:

1. a Browning model A5 - Sweet Sixteen, 16-gauge shotgun, bearing serial number 116ZR02282;

  2. 17 rounds of 9mm Luger caliber ammunition with the headstamps "FC" over "9MM LUGER";

  3. 16 rounds of 9mm Luger caliber ammunition with the headstamps "BLAZER" over "9mm LUGER";

  4. 1 round of 9mm Luger caliber ammunition with the headstamp "WIN" over "9MM LUGER";

  5. 1 round of 9mm Luger caliber ammunition with the headstamp "WIN" over "9mm LUGER";

  6. 1 round of 9mm Luger caliber ammunition with the headstamp "WIN" over "9mm LUGER+P";

  7. 1 round of 9mm Luger caliber ammunition with the headstamp "R-P" over "9mm LUGER";

  8. 1 round of 9mm Luger caliber ammunition with the headstamp "R-P" over "9mm Luger"; and

  9. 5 rounds of 16-gauge shotgun shells with headstamps "WINCHESTER" over "16 GA" with "SUPER X 2 ¾ IN-1/8" on the shell.

  Defendant MANES possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following crimes punishable by imprisonment for a term exceeding one year:

  1. Assault with a Firearm on a Person, in violation of California Penal Code Section 245(a)(2), in the Superior Court of the State of California, County of Los Angeles, Case Number MA020879, on or about September 8, 2000;

  2. Felon in Possession of a Firearm, in violation of California Penal Code Section 12021(a)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number MA039010, on or about July 2, 2007;

3. Willful Infliction of Corporal Injury, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Los Angeles, Case Number MA056837, on or about July 27, 2012;

4. Possession of the Personal Identification Information of Ten or More People with the Intent to Defraud, in violation of California Penal Code Section 530.5(c)(3), in the Superior Court of the State of California, County of Los Angeles, Case Number MA064345, on or about January 20, 2016; and

5. Make or Pass Fictitious Check, in violation of California Penal Code Section 476, in the Superior Court of the State of California, County of Los Angeles, Case Number MA064345, on or about January 20, 2016.

COUNT TWO

[18 U.S.C. § 922(g)(1)]

On or about December 6, 2021, in Los Angeles County, within the Central District of California, defendant DEAN EDWARD MANES ("MANES") knowingly possessed the following firearm and ammunition, in and affecting interstate and foreign commerce:

1.  a Pietro Beretta model 92 FS, 9mm Parabellum caliber pistol, bearing serial number L16135Z;

2.  13 rounds of 9mm Luger caliber ammunition with the headstamps "PMC"; and

3.  3 rounds of 9mm Luger caliber ammunition with the headstamps "norma."

Defendant MANES possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following crimes punishable by imprisonment for a term exceeding one year:

1.  Assault with a Firearm on a Person, in violation of California Penal Code Section 245(a)(2), in the Superior Court of the State of California, County of Los Angeles, Case Number MA020879, on or about September 8, 2000;

2.  Felon in Possession of a Firearm, in violation of California Penal Code Section 12021(a)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number MA039010, on or about July 2, 2007;

3.  Willful Infliction of Corporal Injury, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Los Angeles, Case Number MA056837, on or about July 27, 2012;

4

4.   Possession of the Personal Identification Information of Ten or More People with the Intent to Defraud, in violation of California Penal Code Section 530.5(c)(3), in the Superior Court of the State of California, County of Los Angeles, Case Number MA064345, on or about January 20, 2016; and

5.   Make or Pass Fictitious Check, in violation of California Penal Code Section 476, in the Superior Court of the State of California, County of Los Angeles, Case Number MA064345, on or about January 20, 2016.

COUNT THREE

[18 U.S.C. § 1029(a)(4)]

On or about April 24, 2021, in Ventura County, within the Central District of California, defendant DEAN EDWARD MANES, knowingly and with intent to defraud, had custody and control of, and possessed, device-making equipment, as defined in Title 18 United States Code, Section 1029(e)(6), namely, an embossing machine, with said control, custody, and possession affecting interstate and foreign commerce.

COUNT FOUR

[18 U.S.C. § 1028(a)(1)]

On or about December 6, 2021, in Los Angeles County, within the Central District of California, defendant DEAN EDWARD MANES ("MANES") knowingly and without lawful authority produced false identification documents, namely, three California driver's licenses, each bearing MANES's photograph and personal identifying information associated with other people, with such identification documents appearing to have been issued by and under the authority of the State of California, with said possession in and affecting interstate commerce.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, Terrorism and Export
Crimes Section

REEMA M. EL-AMAMY
Assistant United States Attorney
Terrorism and Export Crimes
Section